1058

[No. 31657-5-I.   Division One.   November 15, 1993.]

DONALD TEMPLE, ET AL, *Appellants*, v. PISTON SERVICE OF SEATTLE, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-03364-1, John M. Darrah, J., entered September 24, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 30324-4-I.   Division One.   November 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HOWARD DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05006-2, William L. Downing, J., entered March 17, 1992. *Reversed* by unpublished per curiam opinion.

[No. 31607-9-I.   Division One.   November 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD W. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-03595-1, Patricia H. Aitken, J., entered October 13, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 12357-0-III.   Division Three.   November 16, 1993.]

JAMES M. CANODE, ET AL, *Appellants*, v. CHARLES W. HOPPER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 90-2-00346-1, Michael E. Cooper, J., entered March 30, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schacht, J. Pro Tem.